UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEORGE STEPHEN ATKINS,

    Plaintiff,

v.                                             Case No: 2:12-cv-97-Ftm-29SPC

DISTRICT BOARD OF TRUSTEES OF
EDISON STATE COLLEGE and
KENNETH P. WALKER,

    Defendants.
_____/

## **ORDER**

This matter comes before the Court on Plaintiff's Motion for Extension of Discovery Deadline (Doc. #28) filed on January 23, 2013. Plaintiff has requested a 75-day extension of the discovery deadline, which is unopposed by the Defendant. For good cause shown, the Motion is due to be granted. As an extension of the discovery deadline will put it beyond the deadline for dispositive and *Daubert* motions, the Court will extend this deadline as well.

Accordingly, it is now **ORDERED:**

Plaintiff's Motion for Extension of Discovery Deadline (Doc. #28) is **GRANTED**.

    a. The discovery deadline in this matter is extended to **May 1, 2013**.

    b. The dispositive and *Daubert* motions deadline is extended to **May 15, 2013**.

    c. **All other deadlines remain unchanged**.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of February, 2013.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record